## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | In Proceedings Under Chapter 13 |
| Greg C. Scott<br>Ka Sandra S. Scott | |
| | Case No. 10-33131 |
| Debtor(s). | |

### ORDER

This matter comes before the Court on the interested party, Law Offices of Mueller and Haller, LLC's Motion for Extension of Time and Motion to Continue. The Court, being fully advised, GRANTS the movant's Motions.

IT IS ORDERED that the movant shall have an extension of time through May 6, 2011, in which to file its *amicus* brief.

IT IS FURTHER ORDERED that the Chapter 13 Trustee and the United States Trustee shall have an extension of time through May 23, 2011, in which to file their responsive briefs.

IT IS FURTHER ORDERED that the hearing on the Trustee's Objection to the Confirmation currently set for May 19, 2011, is continued to June 2, 2011, at 9:00 a.m. in the Bankruptcy Court, 750 Missouri Avenue, East St. Louis, Illinois.

Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: May 3, 2011

/s/ Laura K. Grandy
_____
UNITED STATES BANKRUPTCY JUDGE/4